AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 21 2007

o'clock and ___ min ___ M.
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 02-00022 DAE 05 |
| DANALEEN MOSES | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | Date and Time |
| Before: David Alan Ezra, United States District Judge | Tuesday, December 11, 2007<br>at 9:45 a.m. |

To Answer a Probation/Supervised Release Violation Petition

Brief description of offense:

Violation of Standard and Special Conditions of Probation

| Sue Beitia | |
|---|---|
| Name and Title of Issuing Officer | |
| [signature] | November 19, 2007 |
| Signature of Issuing Officer/Deputy Clerk | Date |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Danaleen Moses
89-1078 Pikaiolena Street
Waianae, HI 96792

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _C. D. Moses_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C. D. Moses                      11-20-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7006 3450 0000 6140 1735

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850
Attn: _Sharon_

2007 NOV 21 AM 11:06
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

---



U.S. Postal Service
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.21 | |

Sent To  D. Moses  11/19/07  02-00022-03
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

7006 3450 0000 6140 1735

PS Form 3800, August 2006    See Reverse for Instructions

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 02-00022 DAE 03
USA vs. Danaleen Moses

## RETURN OF SERVICE

Service as made by me on:[1]    Date

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant at: _____

☐    Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____       _____Mark M. Hanohano_____
                    Date                                    Name of United States Marshal

                                                _____
                                                (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure