# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00022DAE |
| CASE NAME: | USA v. (03)Danaleen Moses |
| ATTYS FOR PLA: | Tracy Hino |
| ATTYS FOR DEFT: | (03)Pamela Tameshiro |
| USPO: | Joyce Lum |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 12/12/2007 | TIME: | 10:35am-11:15am |

COURT ACTION: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, not in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Probation:   36 MONTHS

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of probation.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.[DRUG TESTING IS WAIVED]

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall execute all financial disclosure forms and provide the Probation Office access to any access to any requested financial information.

The defendant is prohibited from having any type of contact with codefendant William Nelson during the entire term of probation. She is to make all arrangements for visitations between her daughter and son and codefendant Nelson through a family member, to exclude the offender's mother.

Defendant advised of her right to appeal.


Submitted by: Theresa Lam, Courtroom Manager